Louis Glick, Appellant, *v.* David Lieb et al., Respondents, et al., Defendants.

Supreme Court, Appellate Term, First Department, December 21, 1944.

*Joseph J. Kozinn* for appellant.

*Jacob E. Heller* for respondents.

MEMORANDUM *Per Curiam.* Assuming that respondent Lieb may be deemed to have signed the note on its face otherwise than as a maker, within the meaning of section 113 of the Negotiable Instruments Law, that provision of the statute does not conclusively establish that he is in fact an indorser; and it was error to exclude evidence to show he was a comaker.

The judgment should be reversed and a new trial ordered, with thirty dollars costs to appellant to abide the event.

HAMMER, SHIENTAG and HECHT, JJ., concur.

Judgment reversed, etc.